CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

**RELATED CASE INFORMATION:**

CITY: __OCEAN SPRINGS__    SUPERSEDING INDICTMENT __ DOCKET # _1:15 cr 76 HSO:JCG_

COUNTY: __JACKSON__    SAME DEFENDANT _____ NEW DEFENDANT _____

MAGISTRATE JUDGE CASE NUMBER _____

R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: __X__ YES _____ NO

NAME/ALIAS: __YEON SOOK HWANG__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT – 6 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__    BAR # __9641__

INTERPRETER: _____ NO __X__ YES  LIST LANGUAGE AND/OR DIALECT: __KOREAN__

**LOCATION STATUS:**    ARREST DATE_____

____ALREADY IN FEDERAL CUSTODY AS OF _____
____ALREADY IN STATE CUSTODY
____ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: ___6___    _____ PETTY _____ MISDEMEANOR ___6___ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:2421.F__ | 18 USC § 2421 | Transporting For Prostitution | 1 |
| Set 2 __18:1956-4601.F__ | 18USC 1956(H) | MONEY LAUNDERING CONSPIRACY | 2 |
| Set 3 __18:1956-7477.F__ | 18USC 1956(A)(1)(B)(I) | MONEY LAUNDERING TO CONCEAL UNLAWFUL ACTIVITY | 3-6 |

Date: __10-6-15__    **SIGNATURE OF AUSA:** _Annette Williams_
(by JMD)