IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 1:15cr70HSO-JCG

YEON SOOK HWANG

## MOTION AND ORDER TO UNSEAL

COMES NOW the United States of America, through its undersigned Assistant United

States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this

case.

Date: November 19, 2015.                        Respectfully submitted,

                                                GREGORY K. DAVIS
                                                United States Attorney

                           By:    _____
                                                Annette Williams
                                                Assistant U.S. Attorney
                                                MSB No. 9641

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that upon request of United States Attorney, the Clerk is

directed to unseal the indictment and this case.

SO ORDERED, this the 19th day of November, 2015.

                           _____
                                   UNITED STATES MAGISTRATE JUDGE